UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ATRAYBION HARMON,

        Petitioner,

   v.

ROBERT BURTON,

        Respondent.

No. 2:21-cv-1184 JAM DB P

ORDER

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 3, 2021, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within thirty days. Petitioner has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed September 3, 2021, are adopted in full;

////

1

     2.  The petition is dismissed without prejudice for petitioner's failure to state a claim cognizable under 28 U.S.C. § 2254; and

     3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  November 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE